CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EASTWIND MARITIME INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EASTWIND MARITIME INC.,

                    Plaintiff,

                    08 CV 4492 (SHS)

     v.

                    **RULE 7.1 STATEMENT**

SOVEPROAM, also known as
SOCIETE DE VENTES DE PRODUITS
AGROALIMENTAIRES, SARL,

                    Defendant.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, EASTWIND MARITIME INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       May 14, 2008

                    CHALOS, O'CONNOR & DUFFY, LLP
                    Attorneys for Plaintiff,
                    EASTWIND MARITIME INC.

      By:   *s/ Owen F. Duffy*
             Owen F. Duffy (OD-3144)
             George E. Murray (GM-4172)
             366 Main Street
             Port Washington, New York 11050
             Tel: (516) 767-3600 / Fax: (516) 767-3605