CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EASTWIND MARITIME INC.,

                Plaintiff,      :      08-CV-4492

            v.      :      **NOTICE OF APPEARANCE**

SOVEPROAM, also known as SOCIETE DE
VENTES DE PRODUITS AGROALIMENTAIRES
SARI,
                Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 10, 2008

                                     CLARK, ATCHESON & REISERT
                                     Attorneys for Garnishee
                                     Societe Generale New York Branch

            By:       _____
                             Richard J. Reisert (RR-7118)
                             7800 River Road
                             North Bergen, NJ 07047
                             Tel: (201) 537-1200
                             Fax: (201) 537-1201
                             Email: reisert@navlaw.com