CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EASTWIND MARITIME INC.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
ofd@codus-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EASTWIND MARITIME INC.,

           Plaintiff,

  v.

SOVEPROAM, also known as
SOCIETE DE VENTES DE PRODUITS
AGROALIMENTAIRES, SARL,

           Defendant.
------------------------------------------------------------X

08 CV 4492 (SHS)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, EASTWIND MARITIME INC., as to the Defendant, SOVEPROAM, also known as SOCIETE DE VENTES DE PRODUITS AGROALIMENTAIRES, SARL, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated May 14, 2008, is hereby vacated.

Dated: Port Washington, New York
July 30, 2008

                         CHALOS, O'CONNOR & DUFFY LLP
                         Attorneys for Plaintiffs,
                         EASTWIND MARITIME INC.,

By: _____
       Owen F. Duffy (OD-3144)
       366 Main Street
       Port Washington, New York 11050
       Tel:   516-767-3600
       Fax:  516-767-3605
       ofd@codus-law.com

**SO ORDERED:**

Dated: New York, New York
July 30, 2008

_____
Hon. Sidney H. Stein, U. S. D. J.

2